Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

United States Courts
Southern District of Texas
F I L E D

APR 07 2020

David J. Bradley, Clerk of Court

TERRELL K DURHAM )
_____ )
Plaintiff(s) )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
)
E.D. GONZALEZ )
DERAL COLEMAN )
_____ )
Defendant(s) )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. The Parties to This Complaint

　A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: TERRELL K DURHAM
All other names by which you have been known: N/A
ID Number: 01604322
Current Institution: 701 JAIL
Address: 701 N. SAN JANCITO
HOUSTON, TX 77002
City / State / Zip Code

　B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: ED GONZALEZ
Job or Title *(if known)*: HEAD OF HARRIS COUNTY SHERRIF DEPARTMENT
Shield Number:
Employer: SHERRIFS DEPARTMENT
Address: 701 N. SAN JANCITO
HOUSTON, TX 77002
City / State / Zip Code
[ ] Individual capacity   [✓] Official capacity

Defendant No. 2
Name: DERAL COLEMAN
Job or Title *(if known)*: CHEIF OF BAKER ST JAIL
Shield Number:
Employer: HARRIS COUNTY SHERRIFS DEPARTMENT
Address: 1200 BAKER ST
HOUSTON, TX 77002
City / State / Zip Code
[ ] Individual capacity   [✓] Official capacity

Page 2 of 11

**Defendant No. 3**
- Name
- Job or Title *(if known)*
- Shield Number
- Employer
- Address

    City / State / Zip Code
    [ ] Individual capacity  [ ] Official capacity

**Defendant No. 4**
- Name
- Job or Title *(if known)*
- Shield Number
- Employer
- Address

    City / State / Zip Code
    [ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th AMMENDMENT, 28 U.S.C § 2675(a)
1th AMMENDMENT

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SHERRIF ED. GONZALEZ IS THE HEAD MAN AND IN CHARGE OF ALL HARRIS COUNTY DETENTION CENTER'S ~~CHEIF DERAL~~ COLEMAN IS THE CHEIF OF 1200 BAKER ST JAIL

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

701 JAIL / 1200 BAKER ST JAIL
3-1-20 THRU 3-31-20

D. WHAT ARE THE FACT UNDERLYING YOUR CLAIM

T.D 4. IGNORED AND DENIED SELECTIVELY APPLIED GUIDEANCE FROM THE CDCP ON HOW TO PREVENT THE SPREAD OF THE VIRUS.

T.D 5. HAS FAILED TO IMPLEMENT NECSSARY OR EVEN ADEQUATE POLICIE'S AND PRACTICES AT THE HARRIS COUNTY JAIL TO VITAL PREVENTATIVE MEASURES TO AVOID THE TRANSMISSION OF COV-19 IN VIOLATION OF FEDERAL AND THE UNITED STATES CONSTITUTION. PROVISION'S ILLEGAL AND PERILOUS.

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

3-1-20 THRU 3-31-20

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. HARRIS COUNTY JAIL HAVE FAILED TO PROTECT ME AGAINST THE COV-19 VIRUS NOT FOLLOWING THE GUIDE LINES BYE THE CDCP ON HOW TO PREVENT THE SPREAD. 2. HAS NOT PROVIDED AND ALLOWED INMATES ACCESS TO APPROPRIATE HAND SANTIZER. 3. HAVE NOT DONE ENOUGH TO LIMIT GATHERING, REDUCE MOVEMENT AND EDUCATE INMATES ON SYMPTONS AS RECOMENDED BYE HEALTH OFFICALS

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

EMOTIONAL AND PHYCOLICAL STRESS, AND MY HAVE BEEN EXPOSED TO THE COV-19 VIRUS I ALSO HAVE NOT RECEIVED ANY TREATMENT, OR A COV-19 TEST BECAUSE THEY DO NOT HAVE ANY.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1 MILLION DOLLARS FOR EMOTIONAL AND PHYCOLICAL STRESS, AND ALSO BEING EXPOSED TO THE COV-19 VIRUS WHILE BEING INCARATED AT 1200 BAKER ST AND 701 JAIL I ALSO WOULD LIKE THE COURT TO MAKE HARRIS COUNTY JAIL TO FOLLOW CDCP GUIDE LINES AND PROVIDE ADAQUATE SOAP AND A 6 FEET DISTANCE AWAY FROM OTHER INMATES ALSO PROTECT US FROM THIS VIRUS INSTEAD OF KEEP EXPOSEING US BYE KEEP BRINGING NEW INMATES IN THAT ARE NOT BEING SCREEN OR TESTED UPON ARRIVAL TO THE JAIL.

Page 5 of 11

VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

1200 BAKER ST JAIL/5D2B
701 N SAN JACITO JAIL/2 A1

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   701 N. SANJACITO JAIL / 2A1 GRIEVANCE BOX

2. What did you claim in your grievance? THAT I WAS BEING DENIED TO APPORIATE GUIDANCE FROM THE CDCP ON HOW PREVENT OR ATTRACT THE COV-19 VIRUS AND THAT THEY HAVE FAILED TO IMPLEMENT NECSSARY OR ADEQUATE POLICIES AT PRACTICES AT THE JAIL TO VITAL PREVENTATIVE MEASURES TO AVOID THE TRANSMISSION OF COV-19 VIRUS

3. What was the result, if any? I HAVE NOT HEARD ANYTHING BACK FROM THEM SO FAR.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I GUESS THE GRIVANCE PROCESS IT NOT COMPLETED BECAUSE I HAVE NOT RECIVED ANYTHING OR HEARD BACK FROM THEM THE GRIEVANCE COMMITEE.

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

    F.    If you did not file a grievance:

        1.  If there are any reasons why you did not file a grievance, state them here:

*N/A*

        2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*N/A*

    G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*N/A*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*N/A*

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?
   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

- [ ] Yes
- [x] No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number     N/A

4. Name of Judge assigned to your case    N/A

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    - [ ] Yes
    - [ ] No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-31-20

Signature of Plaintiff: Terrell K Durham
Printed Name of Plaintiff: TERRELL DURHAM
Prison Identification #: 01604322
Prison Address: 701 N. SAN JACITO, HOUSTON, TX 77002

### B. For Attorneys

Date of signing: 

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
City, State, Zip Code:
Telephone Number:
E-mail Address:

Houston Division

## ADDRESS, HOURS, SECURITY and ELECTRONIC DEVICE POLICY

**Location:**

United States Courthouse
515 Rusk Avenue
Houston, TX 77002

**Correspondence:**

David J. Bradley
Clerk of Court
P. O. Box 61010
Houston, TX 77208

3-31-20

MR. BRADLEY COULD YOU PLEASE FILE THIS COMPLAINT FOR VIOLATION OF CIVIL RIGHTS IN THE RIGH COURT OR THE APPORIATE PLACE IT NEED TO BE.

THANK YOU
TERRELL
DURHAM
# 01604322
3-31-20

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name: TERRELL DURHAM
SPN: 01604322  Cell: 2A1
Street: 701 N. SAN JANCTIO
HOUSTON, TEXAS 77002
**aramark**

United States Courts
Southern District of Texas
FILED
APR 07 2020
David J. Bradley, Clerk of Court

DAVID J. BRADLEY
CLERK OF COURT
P.O. BOX 61010
HOUSTON, TX 77208